UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL MAWULI GADRI,<br><br>                                    Petitioner,<br><br>v.<br><br>KRISTI NOEM, et al.,<br><br>                                    Respondents. | Case No.:  3:26-cv-2056-CAB-SBC<br><br>**ORDER GRANTING A WRIT OF HABEAS CORPUS** |

Petitioner Paul Mawuli Gadri, a Ghanaian national, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  [Doc. No. 1 ("Petition").]  Petitioner alleges that he has been held in immigration detention by Respondents since he crossed the United States border seeking asylum on December 8, 2024.  [*Id.* at 2.]  He was placed in removal proceedings and ordered removed from the United States by an immigration judge, but was granted withholding of removal to Ghana.  [*Id.*]  His order of removal became final on October 3, 2025, yet he remains in immigration detention.

Respondents say that they are "unable to ascertain sufficient facts at this time to establish that there is a significant likelihood of removal in the reasonably foreseeable future."  [Doc. No. 7 at 1 (citing *Zadvydas v. Davis*, 533 U.S. 678 (2001)).]  Therefore, Respondents "acknowledge that Petitioner is entitled to be released from custody subject to conditions of supervision."  [*Id.*]

The Court therefore **GRANTS** a writ of habeas corpus and **ORDERS** Respondents to immediately release Paul Mawuli Gadri subject to supervision under regulations prescribed by the Attorney General, including the requirements of 8 U.S.C. § 1231(a)(3).

The Clerk of the Court shall close the case.

It is **SO ORDERED**.

Dated: April 10, 2026

Hon. Cathy Ann Bencivengo
United States District Judge

3:26-cv-2056-CAB-SBC